United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8
9
10  RONALD JAMES BARBIERI, et al.,

11          Plaintiffs,                    No. C 12-1043 PJH

12      v.                                 **ORDER OF DISMISSAL**

13  JAIME FIGUEROA, et al.,

14          Defendants.
                                        /
15

16      The court having granted defendants' motion to dismiss the complaint, and the court

17  having granted the motion on April 12, 2012, with leave to amend, and plaintiffs having

18  failed to file an amended complaint by the May 14, 2012 deadline set by the court, the

19  action is hereby DISMISSED.

20

21  **IT IS SO ORDERED.**

22  Dated:  May 17, 2012

23                                      _____
                                        PHYLLIS J. HAMILTON
24                                      United States District Judge

25
26
27
28