UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD JAMES BARBIERI, et al.,

    Plaintiffs,

v.

JAIME FIGUEROA, et al.,

    Defendants.
_____/

No. C 12-1043 PJH

**ORDER OF DISMISSAL**

The court having granted defendants' motion to dismiss the complaint, and the court having granted the motion on April 12, 2012, with leave to amend, and plaintiffs having failed to file an amended complaint by the May 14, 2012 deadline set by the court, the action is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: May 17, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge